**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**ELI LILLY AND COMPANY,**

***Plaintiff***

**v.**

**Case No. SA-26-CV-05146-JKP**

**TEXAS PEPTIDES INC.,**

***Defendant***

## TRANSFER ORDER

It is hereby ORDERED this civil case assigned to the docket of the undersigned be TRANSFERRED to the docket of United States District Judge Micaela Alvarez for all purposes upon the mutual consent of both judges. Pursuant to the Amended Order Assigning the Business of the Court effective October 15, 2019, the Clerk shall credit the case to the percentage of business of the receiving Judge.

The Court withdraws the referral of all pretrial matters to the assigned magistrate judge.

It is so ORDERED.
SIGNED this 31st day of August, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE