**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ELI LILLY AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS PEPTIDES INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 5:26-cv-05146-MA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Eli Lilly and Company hereby gives notice of the voluntary dismissal of the above-captioned action, in its entirety, with prejudice. Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves an answer or motion for summary judgment. To date, Defendant Texas Peptides Inc. has not served an answer or motion for summary judgment. Accordingly, this dismissal is effective upon the filing of this Notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 15, 2026

Respectfully submitted,

*/s/ James John Lomeo*

James John Lomeo
Texas Bar No. 24118993
KIRKLAND & ELLIS LLP
401 West 4th Street
Austin, TX 78701
Telephone: (512) 355-4316
Facsimile: (512) 678-9101
james.lomeo@kirkland.com

*Counsel for Plaintiff Eli Lilly and Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October 2026, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System on all counsel of record. Because Texas Peptides Inc. has not yet appeared in this case, the undersigned also hereby certifies that on this 15th day of October 2026, a true and correct copy of the above was e-mailed to Defendant Texas Peptides Inc.'s counsel at the below e-mail address:

Texas Peptides Inc.
c/o Shannon E. McClure
Blank Rome
shannon.mcclure@blankrome.com

*/s/ James John Lomeo*
James John Lomeo